FILED
2019 Oct-14 PM 01:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **THOMAS BLAKE LIVEOAK,** | ) |
| **Plaintiff,** | ) |
| v. | ) 2:19-cv-01641-ACA |
| **LOANCARE, LLC; LAKEVIEW LOAN SERVICING, LLC,** | ) |
| **Defendants.** | ) |

### MOTION TO DISMISS

Lakeview Loan Servicing, LLC (hereinafter "Lakeview") and LoanCare, LLC (hereinafter "LoanCare") move this Court to enter an order, pursuant to Rule 12 of the Federal Rules of Civil Procedure, dismissing all of Plaintiff Thomas Blake Liveoak's (hereinafter "Plaintiff") claims. In support of this motion, LoanCare and Lakeview hereby adopt and incorporate the memorandum of law filed contemporaneously with this motion.

WHEREFORE, Lakeview and LoanCare move this Court to enter an order, pursuant to Rule 12 of the Federal Rules of Civil Procedure, dismissing all of Plaintiff's claims.

/s/ T. Dylan Reeves
Christopher A. Bottcher
T. Dylan Reeves
Attorneys For LoanCare, LLC and
Lakeview Loan Servicing, LLC

**OF COUNSEL:**
McGlinchey Stafford
505 North 20th Street, Suite 800
Birmingham, AL  35203
(205) 725-6400 (telephone)
(205) 623-0810 (facsimile)
cbottcher@mcglinchey.com
dreeves@mcglinchey.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2019 , I electronically filed the foregoing with the Clerk of the Court using the CM/ ECF system, which will send notification of such filing to the following:

> T. Blake Liveoak
> LIVEOAK & BOYLES, L.L.C.
> The Kress Building, Suite 585
> 301 19th Street North
> Birmingham, Alabama
> Phone: (205) 314-0640
> Fax: (205) 314-0642
> Email: bliveoaklaw@gmail.com

/s/T. Dylan Reeves
OF COUNSEL